# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANGELA MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-08-0448-HE |
| | ) | |
| HOME LOAN CENTER, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff has moved to transfer this case to the Western District of North Carolina, based on provisions of the "Terms of Use" agreement between the parties. Defendants do not object to the motion. Defendants have, however, moved for a further extension of their time to respond to the complaint in light of the anticipated transfer of the case.

For good cause shown, defendants' motion for extension of time [Doc. #16] is **GRANTED**. Defendants shall have until July 16, 2008, to answer or otherwise respond to plaintiff's complaint. Further, in light of the agreement of the parties, both in the indicated written agreement and through counsel here, plaintiff's motion to transfer [Doc. #13] is **GRANTED** pursuant to 28 U.S.C. §1406(a) This case is **TRANSFERRED** to the United States District Court for the Western District of North Carolina.

**IT IS SO ORDERED**.

Dated this 26th day of June, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE