# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:08-CV-303-RJC-DCK

| | |
|---|---|
| **ANGELA MITCHELL**, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) **HOME LOAN CENTER, INC.**, d/b/a **LENDING TREE LOANS**, a California Corporation; (2) **LENDING TREE LLC**, a Delaware Limited Liability Company; and (3) **LENDING TREE, INC.**, a Delaware Corporation, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 26) filed July 2, 2008 to move for admission of Billy D. Griffin attorney with Griffin, Reynolds & Associates to appear *pro hac vice* on behalf of Plaintiff, Angela Mitchell.

**IT IS THEREFORE ORDERED** that the "Motion For Admission *Pro Hac Vice*" (Document No. 26) is hereby **GRANTED**.

Signed: July 3, 2008

David C. Keesler
United States Magistrate Judge