IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08-CV-303-RJC-DCK

| | |
|---|---|
| ANGELA MITCHELL, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) (1) HOME LOAN CENTER, INC., d/b/a ) LENDING TREE LOANS, a California ) Corporation; (2) LENDING TREE LLC, a ) Delaware Limited Liability Company; and ) (3) LENDING TREE, INC., a Delaware ) Corporation, ) ) Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 27) filed July 2, 2008 to move for admission of Jason B. Reynolds, attorney with Griffin, Reynolds & Associates to appear *pro hac vice* on behalf of Plaintiff, Angela Mitchell.

**IT IS THEREFORE ORDERED** that the "Motion For Admission *Pro Hac Vice*" (Document No. 26) is hereby **GRANTED**.

Signed: July 3, 2008

David C. Keesler
United States Magistrate Judge