IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:08-CV-303-RJC-DCK

**ANGELA MITCHELL,** on behalf of herself and all others similarly situated**,**

**Plaintiff,**

v.

**HOME LOAN CENTER, INC.,** d/b/a **LENDINGTREE LOANS, LENDINGTREE LLC,** and **LENDINGTREE, INC.**

**Defendants.**

ORDER
GRANTING ADMISSION TO PAUL J. BOND TO PRACTICE
*PRO HAC VICE*

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendants for admission *pro hac vice* of Paul J. Bond, and it appearing to the Court under Local Rule 83.1(D)(1) that Mr. Bond should be admitted *pro hac vice* as representing Defendants.

**IT IS THEREFORE ORDERED** that the motion is granted and that Paul J. Bond is admitted to practice before this Court *pro hac vice*.

Signed: July 16, 2008

David C. Keesler
United States Magistrate Judge