IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:08-CV-303-RJC-DCK

ANGELA MITCHELL, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

HOME LOAN CENTER, INC., d/b/a LENDINGTREE LOANS, LENDINGTREE LLC, and LENDINGTREE, INC.

    Defendants.

ORDER GRANTING ADMISSION TO MARK S. MELODIA TO PRACTICE *PRO HAC VICE*

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendants for admission *pro hac vice* of Mark S. Melodia, and it appearing to the Court under Local Rule 83.1(D)(1) that Mr. Melodia should be admitted *pro hac vice* as representing Defendants.

**IT IS THEREFORE ORDERED** that the motion is granted and that Mark S. Melodia is admitted to practice before this Court *pro hac vice*.

Signed: July 16, 2008

_____
David C. Keesler
United States Magistrate Judge