IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-303-RJC-DCK

| | |
|---|---|
| **ANGELA MITHCELL,** on behalf of herself and all others similarly situated**,**<br><br>       **Plaintiff,**<br><br>  v.<br><br>**HOME LOAN CENTER, INC., d/b/a LENDINGTREE LOANS, LENDINGTREE LLC, and LENDINGTREE, INC.**<br><br>       **Defendants.** | **ORDER** |

  **THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Extend Deadlines Related To Defendants' Motion To Dismiss" (Document No. 37) filed July 18, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

  Having carefully considered the motion, the arguments, the record, and the applicable authority, the undersigned will grant the motion.

  **IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend Deadlines Related To Defendants' Motion To Dismiss" (Document No. 37) is **GRANTED**. Plaintiff shall have to and including **August 7, 2008** to file and serve her response to Defendants' Motion To Dismiss. Defendants shall have to and including **August 24, 2008** to serve their reply.

            Signed: July 21, 2008

            David C. Keesler
            United States Magistrate Judge